**Order entered March 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01607-CV

### BRUCE B. MCLEOD, III, Appellant

### V.

### ALFRED GYR, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-02708-B**

## ORDER

The Court has before it appellant's February 26, 2013 unopposed motion for third extension of time to file his brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellant on February 27, 2013 be timely filed as of today's date.

/s/      ELIZABETH LANG-MIERS
            JUSTICE